# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, | ) | Case No. 23-90116 (CML) |
| Debtor.<br>Tax I.D. No. 83-4553143 | ) | |
| In re: | ) | Chapter 11 |
| ARC HOLDING, LTD., | ) | Case No. 23-90115 (CML) |
| Debtor.<br>Tax I.D. No. 75-2546758 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND COLLEGE SPORTS, LLC, | ) | Case No. 23-90141 (CML) |
| Debtor.<br>Tax I.D. No. 91-2135824 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND DIGITAL GROUP, LLC, | ) | Case No. 23-90142 (CML) |
| Debtor.<br>Tax I.D. No. 86-1460831 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND GAMING SERVICES, LLC, | ) | Case No. 23-90143 (CML) |
| Debtor.<br>Tax I.D. No. 88-1318533 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DIAMOND MOBILE HOLDINGS, LLC, | ) | Case No. 23-90144 (CML) |
| Debtor.<br>Tax I.D. No. 95-4675174 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND OHIO HOLDINGS, LLC, | ) | Case No. 23-90127 (CML) |
| Debtor.<br>Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND OHIO HOLDINGS II, LLC, | ) | Case No. 23-90118 (CML) |
| Debtor.<br>Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND SAN DIEGO HOLDINGS, LLC, | ) | Case No. 23-90128 (CML) |
| Debtor.<br>Tax I.D. No. 90-0846188 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND SOUTHERN HOLDINGS, LLC, | ) | Case No. 23-90129 (CML) |
| Debtor.<br>Tax I.D. No. 84-1111431 | ) | |
| In re: | ) | Chapter 11 |
| DIAMOND SPORTS NET, LLC, | ) | Case No. 23-90126 (CML) |
| Debtor.<br>Tax I.D. No. 06-1667112 | ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS NET ARIZONA, LLC, | ) ) ) | Case No. 23-90117 (CML) |
| Debtor.<br>Tax I.D. No. 95-4581168 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| DIAMOND SPORTS NET ARIZONA HOLDINGS, LLC, | ) ) ) ) | Case No. 23-90130 (CML) |
| Debtor.<br>Tax I.D. No. 81-4280234 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| DIAMOND SPORTS NET DETROIT, LLC, | ) ) ) | Case No. 23-90123 (CML) |
| Debtor.<br>Tax I.D. No. 95-4655952 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| DIAMOND SPORTS NET FLORIDA, LLC, | ) ) ) | Case No. 23-90131 (CML) |
| Debtor.<br>Tax I.D. No. 65-1257491 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| DIAMOND SPORTS NET NORTH, LLC, | ) ) ) | Case No. 23-90120 (CML) |
| Debtor.<br>Tax I.D. No. 91-2031366 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| DIAMOND SPORTS NET OHIO, LLC, | ) ) ) | Case No. 23-90125 (CML) |
| Debtor.<br>Tax I.D. No. 65-1257503 | ) ) ) | |

3

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS NET WEST 2, LLC, | ) ) ) | Case No. 23-90124 (CML) |
| Debtor.<br>Tax I.D. No. 95-4675177 | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS SUN, LLC, | ) ) ) | Case No. 23-90119 (CML) |
| Debtor.<br>Tax I.D. No. 35-2660357 | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| DIAMOND ST. LOUIS HOLDINGS, LLC, | ) ) ) | Case No. 23-90132 (CML |
| Debtor.<br>Tax I.D. No. 47-3099387 | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| DIAMOND WEST HOLDINGS, LLC, | ) ) ) | Case No. 23-90133 (CML) |
| Debtor.<br>Tax I.D. No. 37-1649811 | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| DIAMOND-BRV SOUTHERN SPORTS HOLDINGS, LLC, | ) ) ) ) | Case No. 23-90134 (CML) |
| Debtor.<br>Tax I.D. No. 51-0639111 | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| FASTBALL SPORTS PRODUCTIONS, LLC, | ) ) ) | Case No. 23-90135 (CML) |
| Debtor.<br>Tax I.D. No. 20-4146199 | ) ) ) | |

4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRSM HOLDINGS LLC, | ) | Case No. 23-90136 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-1343026 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTS HOLDING, LLC, | ) | Case No. 23-90137 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 75-2546757 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTS NETWORK, LLC, | ) | Case No. 23-90138 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 83-3697733 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTS NETWORK II, LLC, | ) | Case No. 23-90139 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-2452051 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTSOUTH NETWORK, LLC, | ) | Case No. 23-90121 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 58-1888790 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTSOUTH NETWORK II, LLC, | ) | Case No. 23-90122 (CML) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 45-2099432 | ) | |

5

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNSHINE HOLDCO, LLC, | ) ) ) | Case No. 23-90140 (CML) |
| Debtor.<br>Tax I.D. No. 65-0044370 | ) ) ) ) | **Re: Docket No.** __ |

### ORDER (A) DIRECTING JOINT ADMINISTRATION
### OF CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Diamond Sports Group, LLC, Case No. 23-90116.

2. The following checked items are ordered:

   (a) ☒ All of the jointly administered cases not previously assigned to Judge Lopez are transferred to Judge Lopez.

   (b) ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   (c) ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   (d) ☒ Other: See below.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) ) |
| Debtors. | ) (Jointly Administered) ) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Diamond Sports Group, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Diamond Sports Group, LLC, Case No. 23-90116; ARC Holding, Ltd., Case No. 23-90115; Diamond College Sports, LLC, Case No. 23-90141; Diamond Digital Group, LLC, Case No. 23-90142; Diamond Gaming Services, LLC, Case No. 23-90143; Diamond Mobile Holdings, LLC, Case No. 23-90144; Diamond Ohio Holdings, LLC, Case No. 23-90127; Diamond Ohio Holdings II, LLC, Case No. 23-90118; Diamond San Diego Holdings, LLC, Case No. 23-90128; Diamond Southern Holdings, LLC, Case No. 23-90129; Diamond Sports Net, LLC, Case No. 23-90126; Diamond Sports Net Arizona, LLC, Case No. 23-90117; Diamond Sports Net Arizona Holdings, LLC, Case No. 23-90130; Diamond Sports Net Detroit, LLC, Case No. 23-90123; Diamond Sports Net Florida, LLC, Case No. 23-90131; Diamond Sports Net North, LLC, Case No. 23-90120; Diamond Sports Net Ohio, LLC, Case No. 23-90125; Diamond Sports Net West 2, LLC, Case No. 23-90124; Diamond Sports Sun, LLC, Case No. 23-90119; Diamond St. Louis Holdings, LLC, Case No. 23-90132; Diamond West Holdings, LLC, Case No. 23-90133; Diamond-BRV Southern Sports Holdings, LLC, Case No. 23-90134; Fastball Sports Productions, LLC, Case No. 23-90135; FRSM Holdings LLC, Case No. 23-90136; Sports Holding, LLC, Case No. 23-90137; Sports Network, LLC, Case No. 23-90138; Sports Network II, LLC, Case No. 23-90139; SportSouth Network, LLC, Case No. 23-90121; SportSouth Network II, LLC, Case No. 23-90122; and Sunshine Holdco, LLC, Case No. 23-90140.
>
> The docket in Case No. 23-90116 should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 23-90116.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

9. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

                                              CHRISTOPHER LOPEZ
                                              UNITED STATES BANKRUPTCY JUDGE